*Erika López Prater, Ph.D.*

*v.*

*Trustees of the Hamline University of Minnesota*

EXHIBIT 3 TO NOTICE OF REMOVAL

**To:** Lopez Prater, Erika[elopezprater01@hamline.edu]
**From:** Baker, Allison[abaker09@hamline.edu]
**Sent:** Wed 9/14/2022 9:08:29 AM (UTC-06:00)
**Subject:** Re: a few more questions

the adjuncts are unionized but I am unsure of the requirement to join



**Allison Baker**
*Associate Professor*
Chair, Digital + Studio Art
(She/Her)
Tel.: (651) 523-2176
Office: Taylor Studio C
abaker09@hamline.edu
www.allisonbaker.com
Make an appointment here

On Fri, Sep 9, 2022 at 10:53 AM Lopez Prater, Erika <elopezprater01@hamline.edu> wrote:

Oh - unrelatedly, but I've been meaning to ask you... Last week I received an email at my U of M address that stated that I need to join the adjunct instructors' union at Hamline, and any future employment at Hamline is contingent upon me joining/being current with dues. I'm totally in support of unions, I just wanted to check in and make sure this is legit, as I didn't receive the information via my Hamline email.
-e

On Fri, Sep 9, 2022 at 10:48 AM Lopez Prater, Erika <elopezprater01@hamline.edu> wrote:

Rats, noon on the 27th won't work for me. I have to get my kid to preschool by 12:30... in Hopkins. Just updated my g-cal.
-e

On Fri, Sep 9, 2022 at 10:24 AM Baker, Allison <abaker09@hamline.edu> wrote:

next week is hairy-- leaving for a conference. let me check my calendar,  is your g-cal up to date?

(Sent from a mobile device. Please excuse brevity.)

Allison Baker
Associate Professor
Chair, Digital + Studio Arts
(She/Her)
Tel.: (651) 523-2176
Office: Taylor Studio C
www.allisonbaker.com


On Fri, Sep 9, 2022, 10:20 AM Lopez Prater, Erika <elopezprater01@hamline.edu> wrote:

Hey Allison,
I hope the beginning of your semester is going swimmingly! Wondering if you'd like to meet up and grab that coffee some time next week? Would a Tuesday or Thursday morning work for you?
Cheers,
Erika

On Fri, Aug 26, 2022 at 8:54 PM Lopez Prater, Erika <elopezprater01@hamline.edu> wrote:

Sure, give me a couple dates/times and I'd love to meet up!
-E

On Fri, Aug 26, 2022 at 3:14 PM Baker, Allison <abaker09@hamline.edu> wrote:

> lets do the following week!
>
> 
> **Allison Baker**
> *Associate Professor*
> Chair, Digital + Studio Art
> (She/Her)
> Tel.: (651) 523-2176
> Office: Taylor Studio C
> abaker09@hamline.edu
> www.allisonbaker.com
> Make an appointment here

On Fri, Aug 26, 2022 at 3:13 PM Lopez Prater, Erika <elopezprater01@hamline.edu> wrote:

> Heya, no worries!
> I'll be teaching Tuesday and Thursday mornings, and sticking around for a little while after that to check out my office and get my bearings, get some work done, etc. Would you be free either of those days at any point after 9:30? Next week might be a little freer for me, as my husband won't be back to work full-time yet (he's also in ed) and I won't have to worry about getting our munchkin off to preschool. Let me know if that might work! :)
> -E
>
> On Fri, Aug 26, 2022 at 2:49 PM Baker, Allison <abaker09@hamline.edu> wrote:
>
>> sorry 9-5 meetings all week.
>> Whats your next week look like?
>>
>> Or the following?
>>
>> 
>> **Allison Baker**
>> *Associate Professor*
>> Chair, Digital + Studio Art
>> (She/Her)
>> Tel.: (651) 523-2176
>> Office: Taylor Studio C
>> abaker09@hamline.edu
>> www.allisonbaker.com
>> Make an appointment here

On Mon, Aug 22, 2022 at 11:06 AM Baker, Allison <abaker09@hamline.edu> wrote:

> Cc me on the print order if they have Qs
> I'll respond to the rest asap. (mowing the lawn.  end of summer 😭)
>
> (Sent from a mobile device. Please excuse brevity.)
>
> Allison Baker
> Associate Professor
> Chair, Digital + Studio Arts

(She/Her)  
Tel.: (651) 523-2176  
Office: Taylor Studio C  
www.allisonbaker.com

On Mon, Aug 22, 2022, 10:45 AM Lopez Prater, Erika <elopezprater01@hamline.edu> wrote:

Hi Allison,  
Thanks so much for the great info!  
I think I'll plan to come to campus on Wednesday late morning to get my ID (and see if my office key is ready by then. Jeff emailed me last Monday that another person would email me when this is ready, so maybe I have another person to hound...). If you plan to be on campus Wednesday mid-dayish, let me know. Otherwise, we can meet up on another date. And thank you in advance for the coffee - it will be great to finally meet you in person!

I'd like to print off my syllabus for the class, so I'll send that to the Xpress email you noted. Hopefully I can try to start doing that before I get my ID? I feel like I'm reverse-engineering everything these days.

Again, many thanks for your help!  
Erika

On Mon, Aug 22, 2022 at 9:53 AM Baker, Allison <abaker09@hamline.edu> wrote:

1. Nope, honestly, I am supposed to have office hours but no one comes so I just offer to meet virtually when needed  
2. your HU ID will work on any printer, there is one in DFA but it is locked since we don't have a secretary in that office anymore. The library is the most accessible. You can also send things to mobileprint@hamline.edu from home/wherever and find it on a scanner. If you know you will have a bunch to print please send the prints to Hamline University PiperXpress <piperxpress@hamline.edu> and tell them C00202, that is the campus print services, they are a little cheaper than the scanners/printers on the rest of campus and you can pick up from their office near the student center. If that is inconvenient don't worry about it and just use a regular printer  
3. Hamline uses google meets generally so you can make that directly in the google calendar and send it to the students but you can always call the ITS central service desk  
4. we do have weekly department meetings but part time faculty are not expected to come, I have strong feelings about pay equity and that doesn't seem like an equitable thing to ask of part time faculty. If you would ever like to pop in and meet everyone you are welcome to. But.....let me know when you are on campus before or after your class sometime and let me buy you a coffee (equity: I will pay you for your time in bean water or whatever sugary concoction floats your boat)?



**Allison Baker**  
*Associate Professor*  
Chair, Digital + Studio Art  
(She/Her)  
Tel.: (651) 523-2176  
Office: Taylor Studio C  
abaker09@hamline.edu  
www.allisonbaker.com  
Make an appointment here

On Sat, Aug 20, 2022 at 5:23 PM Lopez Prater, Erika <elopezprater01@hamline.edu> wrote:

Hi Allison,  
I hope you're well, and please feel free to respond to me when it's *not the weekend*. I do have a few questions

for you, though, as I finalize my syllabus and try to make sure I've got all my ducks in a row.

1. Am I required to keep a certain number of regular office hours? If so, if I am teaching one course, how many... or may I make office hours by appointment only?
2. Where may I do the copying and scanning necessary for my class?
3. Is there a specific IT person our department works with in order to help me make sure I'm plugged in correctly/get the appropriate zoom link for any days I need to be remote, etc? Or should I just call the general tech desk?
4. Will there be regular departmental meetings that I am expected to attend?

Many thanks for all of your help! Best,
Erika

--
Erika López Prater, Ph.D.
Forms of address and Pronouns: Erika, Dr. López Prater, she/her

--
Erika López Prater, Ph.D.
Forms of address and Pronouns: Erika, Dr. López Prater, she/her
Adjunct Professor of Art History
Hamline University

--
Erika López Prater, Ph.D.
Forms of address and Pronouns: Erika, Dr. López Prater, she/her
Adjunct Professor of Art History
Hamline University

--
Erika López Prater, Ph.D.
Forms of address and Pronouns: Erika, Dr. López Prater, she/her
Adjunct Professor of Art History
Hamline University

--
Erika López Prater, Ph.D.
Forms of address and Pronouns: Erika, Dr. López Prater, she/her
Adjunct Professor of Art History
Hamline University

--
Erika López Prater, Ph.D.
Forms of address and Pronouns: Erika, Dr. López Prater, she/her
Adjunct Professor of Art History
Hamline University

--
Erika López Prater, Ph.D.
Forms of address and Pronouns: Erika, Dr. López Prater, she/her
Adjunct Professor of Art History