UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Erika López Prater, Ph.D., | ) | Court File No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STATEMENT REGARDING FILING** |
| v. | ) | **UNDER SEAL EXHIBIT 2** |
| | ) | **TO DEFENDANT'S NOTICE OF** |
| Trustees of the Hamline University of | ) | **REMOVAL** |
| Minnesota, | ) | |
| | ) | |
| Defendant. | | |

_____

PLEASE TAKE NOTICE that pursuant to 5.6(d)(1)(A)(ii), I, Mark T. Berhow, state that Exhibit 2 to Defendant's Notice of Removal must be filed under seal in its entirety as this document constitutes a personnel record and contains references to personal information.  Given the scope of the information that is confidential, private or non-public reflected throughout the document, it would be impracticable to redact the confidential, non-public and private information.

Dated:  March 2, 2023.

**HINSHAW & CULBERTSON LLP**

By:   *s/Mark T. Berhow*
Mark T. Berhow, Reg. No. 031450X
Kevin R. Coan, Reg. No. 29357X
250 Nicollet Mall, Suite 1150
Minneapolis, MN 55401
Telephone: 612-333-3434
Facsimile: 612-334-8888
mberhow@hinshawlaw.com
kcoan@hinshawlaw.com

***Attorneys for Defendant Trustees of
the Hamline University of Minnesota***