UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Erika López Prater, Ph.D., | ) | Court File No. |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **AFFIDAVIT OF SERVICE** |
| Trustees of the Hamline University of Minnesota, | ) ) ) ) | |
| Defendant. | | |

STATE OF MINNESOTA )
                      ) ss.
COUNTY OF HENNEPIN )

       Shari L. Kuechle of the City of Delano, County of Wright in the State of Minnesota, being duly sworn says that on the 2nd day of March, 2023, she served the annexed

       1.      Notice of Filing Notice of Removal;
       2.      Notice of Removal with Exhibits 1 through 7;
       3.      Civil Cover Sheet; and
       4.      Affidavit of Service.

upon the following attorneys electronically and by mailing to them a copy thereof, enclosed in an envelope, postage prepaid, and by depositing same in the post office at Minneapolis, Minnesota, directed to them at their last known address:

       David H. Redden, Esq.
       Nicholas G.B. May, Esq.
       Adam A. Gillette, Esq.
       Fabian May & Anderson PLLP
       1625 Medical Arts Building
       825 Nicollet Mall
       Minneapolis, MN  55402

_____
Shari L. Kuechle

Subscribed and sworn to before me
this 2nd day of March, 2023.

_____
Notary Public
My commission expires 1/31/25



MARY A. HARO
Notary Public-Minnesota
My Commission Expires Jan 31, 2025