UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Erika Lopez Prater,

                    Plaintiff,

v.

Trustees of the Hamline University of Minnesota.

                    Defendant.

No. 23-CV-0505 (KMM/TNL)

**ORDER OF RECUSAL**

       Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated:  March 6, 2023

        *s/Tony N. Leung*
TONY N. LEUNG
United States Magistrate Judge