UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Erica López Prater, Ph.D., | ) | Court File No. 23-CV-505 (KMM-DJF) |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| Trustees of the Hamline University of Minnesota, | ) ) ) | |
| Defendant. | ) ) ) | |

Defendant Trustees of the Hamline University of Minnesota ("Defendant") respectfully move the Court for an Order dismissing Plaintiff's Complaint based on the Memorandum of Law in Support of Motion to Dismiss Plaintiff's Complaint and the Declaration of Mark T. Berhow.

This motion is based on the Complaint, the Memoranda of Law and other motion submissions filed by Defendant in accordance with Local Rule 7.1, all the files, records and proceedings herein, such evidence and argument as may be presented to the Court prior to a decision on this motion, and all matters of which the Court may or must take judicial notice.

Dated: March 9, 2023            HINSHAW & CULBERTSON LLP

                                By: *s/Mark T. Berhow*
                                Mark T. Berhow, Reg. No. 031450X
                                Kevin R. Coan, Reg. No. 29357X
                                250 Nicollet Mall, Suite 1150
                                Minneapolis, MN 55401

1057337\312869637.v1

Telephone: 612-333-3434
Fax: 612-334-8888
mberhow@hinshawlaw.com
kcoan@hinshawlaw.com

***Attorneys for Defendant Trustees of the Hamline University of Minnesota***