UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Erika López Prater, Ph.D., | ) | Court File No. 23-cv-505 (KMM-DJF) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF HEARING ON** |
| | ) | **DEFENDANT'S MOTION TO** |
| Trustees of the Hamline University of | ) | **DISMISS** |
| Minnesota, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PLEASE TAKE NOTICE that the Motion to Dismiss of Defendant Trustees of the Hamline University of Minnesota ("Defendant") will be heard by the Honorable Kate M. Menendez, Judge of District Court, District of Minnesota, in Courtroom 3-A of the United States Courthouse located at the Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota on Wednesday, May 17, 2023, at 10:00 a.m., or as soon thereafter as counsel may be heard.

Dated:  March 9, 2023

HINSHAW & CULBERTSON LLP

By:  *s/Mark T. Berhow*

Mark T. Berhow, Reg. No. 031450X
Kevin R. Coan, Reg. No. 29357X
250 Nicollet Mall, Suite 1150
Minneapolis, MN 55401

Telephone:  612-333-3434
Fax:  612-334-8888
mberhow@hinshawlaw.com
kcoan@hinshawlaw.com

***Attorneys for Defendant Trustees of the Hamline University of Minnesota***

1057337\312869718.v1