UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Erica López Prater, Ph.D., | ) | Court File No. 23-CV-505 (KMM-DJF) |
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT** |
| Trustees of the Hamline University of Minnesota, | ) | |
| Defendant. | ) | |

The above-entitled matter came on for hearing before the Honorable Kate M. Mendendez upon Defendant's motion to dismiss. Based on all the files, records and proceedings herein, the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

That Defendant's motion to dismiss is GRANTED and Plaintiff's Complaint is dismissed with prejudice because Plaintiff has failed to state claims upon which relief can be granted.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:_____, 2023.

BY THE COURT:

_____
The Honorable Kate M. Mendendez
Judge of U.S. District Court

1057337\312869763.v1