UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Erika López Prater,                                    Case No. 23-cv-00505 (KMM-DJF)

        Plaintiff,

v.                                                     **PLAINTIFF'S MOTION TO REMAND**

Trustees of the Hamline University of
Minnesota,

        Defendant.

---

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1447(c), Plaintiff Erika López Prater moves the Court for an order remanding the above-captioned case to the Minnesota state district court. This motion is based on Plaintiff's moving papers, the pleadings on file, the arguments of counsel, and all files, records and proceedings herein.


Dated: 3-15-2023                          /s/ David H. Redden
                                          David H. Redden, #391496
                                          Nicholas G. B. May, #287106
                                          Adam A. Gillette, #328352
                                          Attorneys for Erika López Prater
                                          **FABIAN MAY & ANDERSON, PLLP**
                                          1625 Medical Arts Building
                                          825 Nicollet Mall
                                          Minneapolis, MN 55402
                                          Telephone: (612) 353-3340
                                          nmay@fmalawyers.com
                                          dredden@fmalawyers.com
                                          agillette@fmalawyers.com