UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Erika López Prater,                                    Case No. 23-cv-00505 (KMM-DJF)

      Plaintiff,

v.                                                              **NOTICE OF HEARING**

Trustees of the Hamline University of
Minnesota,

      Defendant.

---

PLEASE TAKE NOTICE that Plaintiff Erika López Prater's Motion to Remand

will be heard by the Honorable Judge Katherine M. Menendez in Courtroom 3-A of the

Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul,

Minnesota, at a date and time to be determined.


Dated: 3-15-2023                 /s/ David H. Redden
                                     David H. Redden, #391496
                                     Nicholas G. B. May, #287106
                                     Adam A. Gillette, #328352
                                     Attorneys for Erika López Prater
                                     **FABIAN MAY & ANDERSON, PLLP**
                                     1625 Medical Arts Building
                                     825 Nicollet Mall
                                     Minneapolis, MN 55402
                                     Telephone: (612) 353-3340
                                     nmay@fmalawyers.com
                                     dredden@fmalawyers.com
                                     agillette@fmalawyers.com