UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Erika López Prater, | Case No. 23-cv-00505 (KMM-DJF) |
| Plaintiff, | |
| v. | **PLAINTIFF'S MEET AND CONFER STATEMENT** |
| Trustees of the Hamline University of Minnesota, | |
| Defendant. | |

---

The undersigned counsel for Plaintiff Erika López Prater hereby certifies that he met and conferred with counsel for Defendant Trustees of the Hamline University of Minnesota to discuss whether Defendant would stipulate to Plaintiff's request for remand to state court. The parties were unable to reach a resolution.


Dated: 3-15-2023

/s/ David H. Redden
David H. Redden, #391496
Nicholas G. B. May, #287106
Adam A. Gillette, #328352
Attorneys for Erika López Prater
**FABIAN MAY & ANDERSON, PLLP**
1625 Medical Arts Building
825 Nicollet Mall
Minneapolis, MN 55402
Telephone: (612) 353-3340
nmay@fmalawyers.com
dredden@fmalawyers.com
agillette@fmalawyers.com

1