UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Erika López Prater,<br><br>      Plaintiff,<br><br>v.<br><br>Trustees of the Hamline University of Minnesota,<br><br>      Defendant. | Case No. 23-cv-00505 (KMM-DJF)<br><br>**LR 7.1 WORD COUNT CERTIFICATION** |

I, David H. Redden, certify that Plaintiff Erika López Prater's Memorandum of Law Supporting Plaintiff's Motion to Remand complies with Local Rules 7.1(f) and 7.1(h).

I certify that, in preparing this Memorandum, I used Microsoft Word for Office 365 and that this word-processing program has been applied specifically to include all text, including headnotes, footnotes, and quotations, in the following word count. I further certify that the font size in the Memorandum is Times New Roman 13 point. The above-referenced Memorandum contains 4,087 words.

Dated: 3-15-2023                                              /s/ David H. Redden