UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Erika López Prater, | Case No. 23-cv-00505 (KMM-DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Trustees of the Hamline University of Minnesota, | |
| Defendant. | |

---

The above-captioned matter came before United States Judge Katherine M. Menendez on _____, pursuant to Plaintiff's Motion to remand.

David H. Redden of Fabian May & Anderson, PLLP appeared on behalf of Plaintiff Erika López Prater.

Mark T. Berhow of Hinshaw & Culbertson LLP appeared on behalf of Defendant Trustees of the Hamline University of Minnesota.

### ORDER

Based on the memoranda submitted and the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Remand is **GRANTED**.

2. Within seven (7) days, Plaintiff shall file an affidavit setting forth her reasonable attorney's fees and costs incurred as a result of Defendant's removal of this action.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _____

                                                      Katherine M. Menendez  
                                                      United States District Court Judge