# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

# MOTION HEARING

Erika Lopez Prater,

            Plaintiff,

v.

Trustees of the Hamline University of Minnesota,

            Defendant.

### COURT MINUTES
BEFORE: Kate Menendez
U.S. District Judge

| | |
|---|---|
| Case No: | 23-cv-505 (KMM/DJF) |
| Date: | May 17, 2023 |
| Location: | Courtroom 3A |
| Courthouse: | Saint Paul |
| Court Reporter: | Brittany Blesener |
| Time Commenced: | 10:04 AM |
| Time Concluded: | 11:34 AM |
| Time in Court: | 1 hour 30 Minutes |

**APPEARANCES:**

For Plaintiff: David H. Redden

For Defendant: Mark T Berhow

**HEARING ON:** Trustees of the Hamline University of Minnesota's Motion to Dismiss [ECF 7]; Erika Lopez Prater's Motion to Remand [ECF 13].

**PROCEEDINGS:** The Court held a hearing on Plaintiff's Motion to Remand and Defendant's Motion to Dismiss. The matter was taken under advisement with an order to follow.

*s/* EML
Signature of Law Clerk

1