# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Erika López Prater,

        Plaintiff,

vs.

Trustees of the Hamline University of
Minnesota,

        Defendant.

Case No. 23-cv-00505 (KMM-DJF)

**STIPULATION TO AMEND
COMPLAINT**

## <u>ORDER</u>

Based upon the parties' Stipulation, ECF # 34,

**IT IS HERBY ORDERED** that Plaintiff may serve and file her First Amended Complaint.

Dated:_____

_____
Dulce J. Foster
UNITED STATES MAGISTRATE JUDGE