

**HINSHAW & CULBERTSON LLP**
Attorneys at Law
250 Nicollet Mall
Suite 1150
Minneapolis, MN 55401

612-334-2604
612-677-3143 (fax)
www.hinshawlaw.com

Mark T. Berhow
612-334-2604
mberhow@hinshawlaw.com

April 15, 2024

<u>**VIA E-FILE**</u>

The Honorable Dulce J. Foster
United States Magistrate Judge
300 South Fourth Street
Minneapolis, MN  55415

> Re: *Erika Lopez Prater v. Trustees of Hamline University of Minnesota*
> Court File No. 23-cv-00505

Dear Judge Foster:

This joint letter is submitted pursuant to Your Honor's Order of February 2, 2024, directing the parties to file a joint letter by April 15, 2024, regarding the status of the case and the parties' views on the optimum timing for a settlement conference.

As previously reported, the parties engaged in a private mediation on February 1, 2024, with Retired Hennepin County District Court Judge Richard Solum, which resulted in an impasse.  We are now in the early stages of discovery.

With respect to the timing of a settlement conference with the Court, the parties are open to the prospect of an early conference before Your Honor, while discovery is ongoing, and would welcome the opportunity to discuss the Court's availability.

Thank you.

Respectfully,

HINSHAW & CULBERTSON LLP

*Mark T. Berhow*
Mark T. Berhow
Attorney at Law

FABIAN MAY & ANDERSON, PLLP

*David H. Redden*
David H. Redden
Attorney at Law

Arizona | California | Florida | Illinois | Indiana | Massachusetts | Minnesota | Missouri | New York | Rhode Island | Wisconsin | London