UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Erika López Prater, Ph.D., | ) |
| | ) Case File No. 23-CV-00505 (KMM-DJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION FOR DISMISSAL** |
| | ) **WITH PREJUDICE** |
| Trustees of the Hamline University of Minnesota, | ) |
| | ) |
| | ) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-entitled action is hereby dismissed on its merits, with prejudice, without costs, disbursements or attorneys' fees to any party.

Dated: September 20, 2024  **FABIAN MAY & ANDERSON, PLLP**

By: s/ David H. Redden
David H. Redden, Reg. No. 391496
Nicholas G.B. May, Reg. No. 287106
Adam A. Gillette, Reg. No. 328352
1625 Medical Arts Building
825 Nicollet Mall
Minneapolis, MN 55401
Telephone: 612-333-3434
Facsimile: 612-334-8888
dredden@fmalawyers.com
nmay@fmalawyers.com
agillette@fmalawyers.com

***Attorneys for Plaintiff Erika López Prater, Ph.D.***

Dated: September 20, 2024         **HINSHAW & CULBERTSON LLP**

By: s/ Mark T. Berhow
Mark T. Berhow, Reg. No. 031450X
Kevin R. Coan, Reg. No. 29357X
250 Nicollet Mall, Suite 1150
Minneapolis, MN 55401
Telephone: 612-333-3434
Facsimile: 612-334-8888
mberhow@hinshawlaw.com
kcoan@hinshawlaw.com

***Attorneys for Defendant Trustees of the Hamline University of Minnesota***