UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Erika López Prater, Ph.D., <br><br> Plaintiff, <br><br> v. <br><br> Trustees of the Hamline University of Minnesota, <br><br> Defendant. | Case File No. 23-CV-00505 (KMM-DJF) <br><br> **[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the parties [Doc. No. 45], IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice and on its merits and without costs, disbursements or attorneys' fees to any party.

Dated: _____, 2024

BY THE COURT:

_____
The Honorable Katherine M. Menendez
Judge of United States District Court